**No. 48214.**—SUIT 4430.——*United States* v. *R. Gaertner & Co., Inc., et al.* Reap. Dec. 5727. Appeal dismissed March 3, 1943.

BEFORE THE SECOND DIVISION, APRIL 21, 1943

**No. 48215.**—Protest 844419–G of N. Y. Merchandise Co., Inc. (New York).

Opinion by LAWRENCE, J. The court found that the money boxes and savings boxes in question are similar to those in Abstract 38680 and that the brass base shells are similar to those in *New York Merchandise Co., Inc.* v. *United States* (8 Cust. Ct. 209, C. D. 607), the records in which cases were incorporated herein. In accordance therewith the money boxes and savings boxes were held dutiable as household utensils at 40 percent under paragraph 339 and the brass base shells as articles having as an essential feature an electrical element or device, such as signs, at 35 percent under paragraph 353. Those claims were therefore sustained.

**No. 48216.**—Protests 95736–K, etc., of N. Y. Mdse. Co., Inc. (New York).

Opinion by LAWRENCE, J. It was found that the banks in question are similar to those passed upon in Abstract 42749 and that the tape measures are similar to those involved in Abstract 43372, which records were incorporated herein. In accordance therewith the court held the banks dutiable as hollow ware at 40 percent under paragraph 339 and the tape measures as household utensils at 40 percent under paragraph 339, as claimed.

**No. 48217.**—Protests 92672–K, etc., of Jean Patou, Inc. (New York).

Opinion by LAWRENCE, J. The court found that the atomizers in question are similar to those passed upon in *Rice Co.* v. *United States*, T. D. 49373, which record was incorporated herein, and held them dutiable as household utensils at 40 percent under paragraph 339 as claimed.

**No. 48218.**—Protests 80931–K, etc., of American Mdse. Co., Inc. (New York).

Opinion by LAWRENCE, J. In accordance with the court's finding that the oil-cans are similar to those involved in Abstract 40863 they were held dutiable as hollow ware at 40 percent under paragraph 339, and tape measures similar to those involved in Abstract 43372 were held dutiable as household utensils at 40 percent under paragraph 339. Protests sustained to that extent.